FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

09-13359

In re **Mary McFarland Burnside**

Case No.

Debtor(s)    Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Mary McFarland Burnside** | S.S.# **xxx-xx-0529** |
| | (W) | S.S.# |
| ADDRESS: | **5895 Railroad Street** | |
| | **Williston, TN 38076** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **1,260.00** (weekly, every two weeks, semi-monthly, monthly) | |
| PAYROLL DEDUCTION: | OR ( **X** ) DIRECT PAY | |
| | BECAUSE: **Motion for Direct Pay filed with Court** | |
| | FIRST PAYMENT DATE: **September 5, 2009** | |
| PLACE OF EMPLOYMENT: | **Middlecoff Dental Group** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( **X** ) Not included in Plan    ( ) Included in Plan | $ **0.00** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:    If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Suntrust Mortgage**    Ongoing pmt. Begin    $ **CURRENT**

Approx. arrearage **0.00**    Interest **0.00** %    $ **0.00**

SECURED CREDITORS;    VALUE    RATE OF    MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})    COLLATERAL    INTEREST    PLAN PMT.
**-NONE-**    $    %    $

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$80,658.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:
**Special Intentions:**
**State Farm: Debtor will pay claim directly at 0.00 per month.**
**State Farm: Debtor will pay claim directly at 655.00 per month.**
**Debtor's spouse to pay auto payment direct outside of plan.**

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **B. David Sweeney 012821**
**Garrett & Sweeney**
**P.O. Box 341698**
**Memphis, TN 38184**
**(901) 386-3662 Fax:(901) 386-3605**